IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MARK DAVID SAMPICA,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:06-CV-11 (DF) |
| | : | 5:02-CR-67 (DF) |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on January 12, 2006. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Petitioner Sampica's Motion to Vacate under 28 U.S.C.A. § 2255 (doc. 30) is hereby **DENIED**.

SO ORDERED, this 17th day of March, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab