**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MARK DAVID SAMPICA,** | : | |
| | : | **5:02-cr-67 (CAR)** |
| Petitioner, | : | **5:06-cv-11 (CAR)** |
| | : | |
| vs. | : | **HABEAS CORPUS** |
| | : | **28 U.S.C. § 2255** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 40) that Petitioner's successive Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be denied. No objections to the Recommendation were filed. Having considered the parties' briefs and the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation that Petitioner's successive Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be **DENIED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 3rd day of April, 2007.

                                              **/s/ C. Ashley Royal**
                                              C. ASHLEY ROYAL
                                              UNITED STATES DISTRICT JUDGE

JAB/aeg